UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
:
LUIS TORO, :
:
                Plaintiff, :
: 23 Civ. 3006 (JPC)
    -v- :
: ORDER
BODEGA, LLC, :
:
                Defendant. :
:
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

      Plaintiff served Defendant with summons and the Complaint on May 8, 2023, making Defendant's deadline to answer the Complaint May 30, 2023. That deadline has passed, yet the docket does not reflect any appearance or response to the Complaint from Defendant. Accordingly, Defendant's deadline to respond to the Complaint is adjourned to June 7, 2023. If Defendant once again fails to respond to the Complaint by its deadline to do so, Plaintiff shall seek a certificate of default by June 9, 2023.

      SO ORDERED.

Dated: May 31, 2023
       New York, New York
                                                               JOHN P. CRONAN
                                                             United States District Judge