```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
                                                                     :
LUIS TORO,                                                           :
                                                                     :
                          Plaintiff,                                 :
                                                                     :       23 Civ. 3006 (JPC)
            -v-                                                      :
                                                                     :            ORDER
BODEGA, LLC,                                                         :
                                                                     :
                          Defendant.                                 :
                                                                     :
---------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

      Plaintiff shall refile his request for a certificate of default by June 16, 2023, correcting the deficiencies identified by the Clerk of Court.  Failure to do so may result in an order dismissing the case for failure to prosecute.

      SO ORDERED.

Dated: June 14, 2023
       New York, New York

                                          JOHN P. CRONAN
                                          United States District Judge