UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                         :

LUIS TORO,                                   :

                      :

                  Plaintiff,         :

                      :          23 Civ. 3006 (JPC)

        -v-                    :

                      :           <u>ORDER</u>

BODEGA, LLC,                          :

                      :

                  Defendant.     :

                      :

------------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

      On June 22, 2023, the Court directed Plaintiff to move for default judgment no later than July 6, 2023.  Dkt. 15.  The Court also ordered Plaintiff to serve Defendant with a copy of its prior Order, and to file proof of such service on the docket by June 30, 2023.  *Id.*  Those deadlines have passed without any compliance.  Accordingly, as a one-time courtesy, the Court will adjourn *sine die* Plaintiff's deadline to move for default judgment to July 14, 2023.  Plaintiff must serve Defendant with its motion and supporting paperwork via overnight courier, and file proof of such service on the docket by July 21, 2023.  Defendant's deadline to oppose Plaintiff's motion for default judgment is adjourned to August 4, 2023, and Plaintiff's deadline to reply is adjourned to August 11, 2023.  Plaintiff shall also serve Defendant with a copy of this Order and file proof of such service on the docket by July 14, 2023.

      The Court notes that this is Plaintiff's second failure to comply with a court order.  *See* Dkt. 11.  Plaintiff is warned that further failure to comply may result in sanctions including dismissal for failure to prosecute.

SO ORDERED.

Dated: July 10, 2023
      New York, New York

                                         JOHN P. CRONAN
                               United States District Judge